# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROTHSCHILD BROADCAST DISTRIBUTION SYSTEMS, LLC,<br>　　　　Plaintiff,<br><br>　　v.<br><br>MARCH NETWORKS, INC.,<br><br>　　　　Defendant. | )<br>)<br>)<br>)<br>)　Case No. 21-cv-00630-MN<br>)<br>)<br>)<br>)<br>)<br>) |

## DEFENDANT'S MOTION TO DISMISS

Defendant March Networks, Inc., by and through its undersigned counsel, hereby moves this Court, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, for an order dismissing Plaintiff's Complaint with prejudice.

The grounds for this Motion are set forth in the Memorandum in Support of March Network, Inc.'s Motion to Dismiss Complaint which is being filed contemporaneously herewith.

**SAUL EWING ARNSTEIN & LEHR LLP**

<u>/s/ James D. Taylor, Jr.</u>
James D. Taylor, Jr. (#4009)
1201 N. Market Street, Suite 2300
Wilmington, DE  19801
(302) 421-6863
james.taylor@saul.com

*Attorneys for Defendant March Networks, Inc.*

Dated: July 2, 2021

38700131.1