THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROTHSCHILD BROADCAST DISTRIBUTION SYSTEMS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>MARCH NETWORKS, INC.,<br><br>Defendant. | CIVIL ACTION NO. 1:21-cv-00630-MN |

### JOINT STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

Plaintiff Rothschild Broadcast Distribution Systems, LLC and Defendant March Networks, Inc., by their respective undersigned counsel, hereby STIPULATE and AGREE as follows:

1. All claims asserted by the Plaintiff in this Action are dismissed with prejudice under Fed. R. Civ. P. 41(a)(1)(A)(ii);

2. Each party shall bear its own costs and attorneys' fees with respect to the matters dismissed hereby;

This Stipulation and Order shall finally resolve the Action between the parties.

Dated: July 12, 2021.   Respectfully submitted,

GAWTHROP GREENWOOD, PC

*/s/David W. deBruin*
David W. deBruin (#4846)
3711 Kennett Pike, Suite 100
Wilmington, DE 19807
(302) 777-5353
ddebruin@gawthrop.com
*Attorneys for Plaintiff*

KENT & RISLEY, LLC

*/s/Olivia E. Marbutt*
Olivia E. Marbutt
5755 North Point Parkway, Ste. 57
Alpharetta, GA 30022
(404) 855-3865
oliviamarbutt@kentrisley.com
*Attorneys for Defendant*

SO ORDERED this _____ day of ____, 2021.

United States District Court Judge