## THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **ROTHSCHILD BROADCAST DISTRIBUTION SYSTEMS, LLC,** | |
| **Plaintiff,** | |
| **v.** | **CIVIL ACTION NO. 1:21-cv-00630-MN** |
| **MARCH NETWORKS, INC.,** | |
| **Defendant.** | |

### AMENDED JOINT STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

Plaintiff Rothschild Broadcast Distribution Systems, LLC and Defendant March Networks, Inc., by their respective undersigned counsel, hereby STIPULATE and AGREE as follows:

1.      All claims asserted by the Plaintiff in this Action are dismissed with prejudice under Fed. R. Civ. P. 41(a)(1)(A)(ii);

2.      Each party shall bear its own costs and attorneys' fees with respect to the matters dismissed hereby;

This Stipulation and Order shall finally resolve the Action between the parties.

Dated: July 14, 2021.                      Respectfully submitted,

                                           GAWTHROP GREENWOOD, PC

                                           */s/David W. deBruin*
                                           David W. deBruin (#4846)
                                           3711 Kennett Pike, Suite 100
                                           Wilmington, DE 19807
                                           (302) 777-5353
                                           ddebruin@gawthrop.com
                                           *Attorneys for Plaintiff*

                                           SAUL EWING ARNSTEIN & LEHR LLP

                                           */s/James D. Taylor, Jr.*
                                           James D. Taylor, Jr.
                                           1201 North Market Street, Suite 2300
                                           Wilmington, DE  19801
                                           (302) 421-6863
                                           James.taylor@saul.com
                                           *Attorneys for Defendant*

SO ORDERED this 19th day of July 2021.

                                           The Honorable Maryellen Noreika
                                           United States District Judge